# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PATRICIA DUTY AND DEBRA MILLER, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF JENNIFER WRIGHT,

        Petitioners

        v.

TOYOTA ADVANCED LOGISTICS, BASTIAN SOLUTIONS, PEACH STATE INTEGRATED TECHNOLOGIES, TOYORA INDUSTRIAL EQUIPMAN MFG. INC., RAYMOND CORPORATION, RAYMOND-MUSCATINE, INC., LIFT, INC., PACIFIC RIM CAPITAL INC., ALEJANDRO SACHEZ BELTRAN, HAMILTON CASTER, TOYOTA MOTOR CORP., TOYOTA INDUSTRIES, CORP., TOYOTA FORKLIFTS, TOYOTA MATERIAL HANDLING USA, INC., TOYOTA INDUSTRIES NORTH AMERICA,

        Respondents

: No. 529 EAL 2021
:
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.